IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00157-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STANLEY F. SNYDER,

        Defendant.

___

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

___

    IT IS ORDERED that Defendant, STANLEY F. SNYDER, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Englewood, 9595 West Quincy Avenue, Littleton, Colorado, on January 4, 2006.

    DATED at Denver, Colorado, this 27th day of December, 2005.

        BY THE COURT:

        s/ Edward W. Nottingham

        ___
        EDWARD W. NOTTINGHAM
        United States District Judge